1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY HAWKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>D. GOMEZ, et al<br><br>  Defendant. | 1:21-cv-01759-HBK (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and motion for appointment of counsel, on December 13, 2021.  (Doc. Nos. 1, 2, 3).

After reviewing the Complaint, the Court determines Plaintiff should have brought this action in the Sacramento Division of this Court.  According to the Complaint, the events giving rise to the cause of action took place and/or the defendants reside in San Joaquin County, which is within the venue of the Sacramento Division of the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1391(b); *see also Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995) (reviewing federal court jurisdiction and venue in a § 1983 action). Thus, the Court transfers this case under 28 U.S.C. § 1406(a); Local Rule 120(f).

Accordingly, it is **ORDERED**:

1. The Clerk of Court is directed to **transfer** this action to the United States District

1

Court for the Eastern District of California sitting in Sacramento, terminate plaintiff's pending motions (Doc. Nos. 2, 3) and close the case in this court.

    2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

Dated:    December 14, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2