IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY HAWKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>O. GOMEZ, et al.,<br><br>    Defendants. | No. 2:21-CV-2302-JDP-P<br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  A settlement conference is scheduled for February 9, 2023, at 9:00 a.m., before the undersigned via Zoom.  The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> at 2986 Bechelli Lane, Redding, California, 96002, by February 2, 2023.  These statements <u>shall not be filed</u>.  Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms.  <u>See</u> Local Rule 270(f)(1).

       IT IS SO ORDERED.

Dated:  December 2, 2022

                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE