IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKY HAWKINS,**<br><br>Plaintiff,<br><br>v.<br><br>**O. GOMEZ, et al.,**<br><br>Defendants. | Case No. 2:21-cv-02302 JDP<br><br>~~[PROPOSED]~~ ORDER |

Defendants move to stay discovery unrelated to the exhaustion of administrative remedies and for a new discovery and scheduling order after resolution of their exhaustion motion for summary judgment. ECF No. 60.

Good cause having been shown, the request is hereby GRANTED. Discovery unrelated to the exhaustion of administrative remedies in this action is stayed until the Court rules on Defendants' pending motion for summary judgment.[1] The dispositive motion deadline (ECF No. 38) is stayed and, after resolution of the Defendants' pending motion, the Court will modify the discovery and scheduling order, which will reset the discovery and dispositive motion deadlines.

---

[1] Plaintiff is reminded that his opposition or statement of non-opposition to defendants' motion was due on November 14, 2023. Plaintiff shall file his opposition or statement of non-opposition within the next twenty-one days.

IT IS SO ORDERED.

Dated:     December 5, 2023                          /s/ Jeremy Peterson
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE