1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RICKY HAWKINS,                               Case No.  2:21-cv-02302-JDP (PC)

12                    Plaintiff,                   **ORDER TO SHOW CAUSE**

13          v.                                     RESPONSE DUE WITHIN TWENTY-ONE
                                                   DAYS
14    O. GOMEZ, *et al.*,

15                    Defendants.

16

17          On October 24, 2023, defendants filed a motion for summary judgment.  ECF No. 59.  To

18    date, plaintiff has not filed a response.

19          To manage its docket effectively, the court requires litigants to meet certain deadlines.

20    The court may impose sanctions, including dismissing a case, for failure to comply with its orders

21    or local rules.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S.*

22    *Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir.

23    1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to administer

24    justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291

25    F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

26          I will give plaintiff a chance to explain why the court should not dismiss the case for his

27    failure to file an opposition or statement of non-opposition to defendants' motion.  Plaintiff's

28    failure to respond to this order will constitute a failure to comply with a court order and will result

                                                    1

in a recommendation that this action be dismissed.  Accordingly, plaintiff is ordered to show

cause within twenty-one days why this case should not be dismissed for failure to prosecute and

failure to comply with court orders.  Should plaintiff wish to continue with this lawsuit, he shall

file, within twenty-one days, an opposition or statement of non-opposition to defendants' motion.

IT IS SO ORDERED.


Dated:    January 24, 2024                              _____

                                                       JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE