UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY HAWKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>O. GOMEZ, et al.,<br><br>        Defendants. | Case No. 2:21-cv-02302-DJC-JDP (PC)<br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 10, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed June 10, 2024, are adopted in full;

      2. Defendants Taye, Taylor, and Politovich's motion for summary judgment,

ECF No. 59, is granted;

    3. Plaintiff's claims against Taye, Taylor, and Politovich are dismissed without prejudice for failure to exhaust administrative remedies; and

    4. This action is referred back to the assigned Magistrate Judge for all further pre-trial matters.

    IT IS SO ORDERED.

Dated: **July 12, 2024**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE